**Official Form 1 (10/06) West Group, Rochester, NY**

# United States Bankruptcy Court
### EASTERN DISTRICT OF OKLAHOMA

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle): *Town of Moffett* | **Name of Joint Debtor** (Spouse)(Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **NONE** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): *73-1230172* | Last four digits of Soc. Sec./Compete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State): *300 Grand Ave. Moffett OK*    ZIPCODE *74946* | Street Address of Joint Debtor (No. & Street, City, and State):    ZIPCODE |
| County of Residence or of the Principal Place of Business: *Sequoyah* | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): *P.O. Box 87 Moffett OK*    ZIPCODE *74946* | Mailing Address of Joint Debtor (if different from street address):    ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): *SAME* | ZIPCODE |

## Type of Debtor (Form of organization)
(Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [x] Other (if debtor is not one of the above entities, check this box and state type of entity below)

  *Municipality*

## Nature of Business
(Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

## Tax-Exempt Entity
(Check box, if applicable.)
- [x] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

## Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- [ ] Chapter 7
- [x] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

## Nature of Debts (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [x] Debts are primarily business debts.

## Chapter 11 Debtors:
**Check one box:**
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2 million.

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

## Filing Fee (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

## Statistical/Administrative Information

THIS SPACE IS FOR COURT USE ONLY

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|---|
| | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to $10,000 | $10,000 to $100,000 | $100,001 to $1 million | $1 million to $100 million | Over $100 million |
|---|---|---|---|---|---|
| | [ ] | [x] | [ ] | [ ] | [ ] |

| Estimated Liabilities | $0 to $50,000 | $50,000 to $100,000 | $100,001 to $1 million | $1 million to $100 million | More than $100 million |
|---|---|---|---|---|---|
| | [ ] | [ ] | [x] | [ ] | [ ] |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): *Town of Moffett* |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed: *NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) <br><br> ☐ Exhibit A is attached and made a part of this petition | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X _____ *12/20/2006* <br>      Signature of Attorney for Debtor(s)      Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br><br> *Town of Moffett* |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

12/20/2006
(Date)

### Signature of Attorney

**X** */s/ Chris W. Blankenship*
Signature of Attorney for Debtor(s)

*Chris W. Blankenship 13572*
Printed Name of Attorney for Debtor(s)

*Blankenship Law Offices*
Firm Name

*POB 69*
Address

*Stigler OK 74462*

*918/967-8542*
Telephone Number

*12/20/2006*
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ William Bently*
Signature of Authorized Individual

*William Bently*
Printed Name of Authorized Individual

*Chairman*
Title of Authorized Individual

*12/20/2006*
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

Form B4 (10/05) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF OKLAHOMA

In re  *Town of Moffett*　　　　　　　　　　　　　　　　　　　　　　　Case No.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter  *9*

_____ / Debtor

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m)

| Name of Creditor and Complete Mailing Address including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who may be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or subject to Setoff | Amount of Claim (if Secured also State Value of Security) |
|---|---|---|---|---|
| *1*<br>*Texhoma Ford*<br>*P.O. Box 693*<br>*Denison TX  75020* | Phone:<br>*Texhoma Ford*<br>*P.O. Box 693*<br>*Denison TX  75020* | *Purchase agreement*<br><br>　　　　　　　*\*Value:*<br>　　*Net Unsecured:*<br>　　*\*Prior Liens Exist* | | *$ 47,604.00*<br><br>*$ 39,700.00*<br>*$ 47,604.00* |
| *2*<br>*AWA Collections*<br>*P.O. Box 6605*<br>*Orange CA  92863-3690* | Phone:<br>*AWA Collections*<br>*P.O. Box 6605*<br>*Orange CA  92863-3690* | *Credit Purchases* | | *$ 16,183.18* |
| *3*<br>*Pro Consulting Services, Inc*<br>*P.O. Box 66768*<br>*Houston TX  77266-6768* | Phone:<br>*CompSource Oklahoma*<br>*P.O. Box 53505*<br>*Oklahoma City OK  73152* | *Credit Purchases* | | *$ 14,886.52* |
| *4*<br>*Ford Motor Credit*<br>*Dept 67-434*<br>*P.O. Box 6700*<br>*Detroit MI  48267-0434* | Phone:<br>*Ford Motor Credit*<br>*Dept 67-434*<br>*P.O. Box 6700*<br>*Detroit MI  48267-0434* | *Purchase agreement*<br><br>　　　　　　　*Value:*<br>　　*Net Unsecured:* | | *$ 47,604.00*<br><br>*$ 39,700.00*<br>*$ 7,904.00* |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who may be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or subject to Setoff | Amount of Claim (if Secured also State Value of Security) |
|---|---|---|---|---|
| 5<br>Lowe's Commercial Services<br>P.O. Box 530970<br>Atlanta GA   30353-0970 | Phone:<br>Lowe's Commercial Services<br>P.O. Box 530970<br>Atlanta GA   30353-0970 | Credit Purchases | | $ 4,903.23 |
| 6<br>Titan Industrial<br>Box 791-CC<br>Travelers Rest SC | Phone:<br>Titan Industrial<br>Box 791-CC<br>Travelers Rest SC | Credit Purchases | | $ 4,850.00 |
| 7<br>Caine & Weiner Global Finance<br>1941 Bishop Lane # 662<br>Louisville KY   40218 | Phone:<br>Caine & Weiner Global Finance<br>1941 Bishop Lane # 662<br>Louisville KY   40218 | Credit Purchases | | $ 4,755.88 |
| 8<br>NCO<br>23221 East La Pama Ave<br>Yorba Linda CA   72887 | Phone:<br>NCO<br>23221 East La Pama Ave<br>Yorba Linda CA   72887 | Credit Purchases | | $ 4,560.00 |
| 9<br>Love, Beal & Nixon, PC<br>P.O. Box 32738<br>Oklahoma City OK   73123 | Phone:<br>Love, Beal & Nixon, PC<br>P.O. Box 32738<br>Oklahoma City OK   73123 | Credit Purchases | | $ 3,634.50 |
| 10<br>Dell Computers<br>P.O. Box 676021<br>Dallas TX   75267-6021 | Phone:<br>Dell Computers<br>P.O. Box 676021<br>Dallas TX   75267-6021 | Credit Purchases | | $ 3,203.06 |
| 11<br>Oklahoma Employment Security C<br>P.O. Box 52003<br>Oklahoma City OK   73152-2003 | Phone:<br>Oklahoma Employment Security C<br>P.O. Box 52003<br>Oklahoma City OK   73152-2003 | Credit Purchases | | $ 1,760.96 |
| 12<br>American Aluminum Accessories<br>3291 US 19 South<br>Perry FL   32347 | Phone:<br>American Aluminum Accessories<br>3291 US 19 South<br>Perry FL   32347 | Credit Purchases | | $ 1,437.00 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who may be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or subject to Setoff | Amount of Claim (if Secured also State Value of Security) |
|---|---|---|---|---|
| 13<br>PRXYBYSZ & ASSOCIATES, CPA'S<br>3808 JENNY LINE ROAD<br>Ft. Smith AR   72901 | Phone:<br>PRXYBYSZ & ASSOCIATES, CPA'S<br>3808 JENNY LINE ROAD<br>Ft. Smith AR   72901 | Credit Purchases | | $ 1,322.50 |
| 14<br>The Transmission Shop<br>P.O. Box 332<br>Gans OK | Phone:<br>The Transmission Shop<br>P.O. Box 332<br>Gans OK | Credit Purchases | | $ 1,133.10 |
| 15<br>Roll Off Service<br>P.O. Box 1700<br>Lowell AR   72745 | Phone:<br>Roll Off Service<br>P.O. Box 1700<br>Lowell AR   72745 | Credit Purchases | | $ 1,086.00 |
| 16<br>CST Co./CMI<br>P.O. Box 224768<br>Dallas   TX   75247 | Phone:<br>CST Co./CMI<br>P.O. Box 224768<br>Dallas   TX   75247 | Credit Purchases | | $ 700.00 |
| 17<br>OMAG<br>4130 N. Lincoln Blvd<br>Oklahoma City OK   73105-5209 | Phone:<br>OMAG<br>4130 N. Lincoln Blvd<br>Oklahoma City OK   73105-5209 | Credit Purchases | | $ 393.10 |
| 18<br>Supreme Printing & Stationery<br>6954 E 13th ST.<br>Tulsa OK   74112 | Phone:<br>Supreme Printing & Stationery<br>6954 E 13th ST.<br>Tulsa OK   74112 | Credit Purchases | | $ 335.20 |
| 19<br>Action Radio & Cell<br>7611 Sourth Orange Blossom Trial # 220<br>Orlando FL   32809 | Phone:<br>Action Radio & Cell<br>7611 Sourth Orange Blossom Trial # 220<br>Orlando FL   32809 | Credit Purchases | | $ 248.00 |
| 20<br>Premier Magnetics<br>P.O. Box 876913<br>Kansas City KS   64187-6913 | Phone:<br>Premier Magnetics<br>P.O. Box 876913<br>Kansas City KS   64187-6913 | Credit Purchases | | $ 227.94 |

Form B4 (10/05) West Group, Rochester, NY

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A Municipality

I, *William Bently*, *Chairman* of the *Municipality* named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: *12/20/2006*  Signature */s/ William Bently*
Name: *William Bently*
Title: *Chairman*

In re:  **Town of Moffett**                                                                                                    Case No.

                                                                                                                                              Chapter  **9**

# BUSINESS INCOME AND EXPENSES

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u>  (NOTE:  <u>ONLY INCLUDE</u> information directly related to the business operation.)

| | | |
|---|---|---|
| PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS: | | |
|    1.  Gross Income For 12 Months Prior to Filing: | | $ |
| | | |
| PART B - ESTIMATED AVERAGE FUTURE <u>GROSS</u> MONTHLY INCOME: | | |
|    2.  Gross Monthly Income: | | $ |
| | | |
| PART C - ESTIMATED FUTURE MONTHLY EXPENSES: | | |
|    3.  Net Employee Payroll (Other Than Debtor) | $ | |
|    4.  Payroll Taxes | | |
|    5.  Unemployment Taxes | | |
|    6.  Worker's Compensation | | |
|    7.  Other Taxes | | |
|    8.  Inventory Purchases (Including raw materials) | | |
|    9.  Purchase of Feed/Fertilizer/Seed/Spray | | |
|   10.  Rent (Other than debtor's principal residence) | | |
|   11.  Utilities | | |
|   12.  Office Expenses and Supplies | | |
|   13.  Repairs and Maintenance | | |
|   14.  Vehicle Expenses | | |
|   15.  Travel and Entertainment | | |
|   16.  Equipment Rental and Leases | | |
|   17.  Legal/Accounting/Other Professional Fees | | |
|   18.  Insurance | | |
|   19.  Employee Benefits (e.g., pension, medical, etc.) | | |
| | | |
|   20.  Payments to Be Made Directly By Debtor to Secured Creditors For<br>       Pre-Petition Business Debts (Specify): | $ | |
|   21.  Other (Specify) | $ | |
|   22.  Total Monthly Expenses | | $ |
| PART D - ESTIMATED AVERAGE  <u>NET</u> MONTHLY INCOME: | | |
|   23.  AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2) | | $ |

Official Form 6D (10/06)    West Group, Rochester, NY

In re *Town of Moffett*                                              , Case No. _____
                   **Debtor(s)**                                                    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See U.S.C. § 112. If a "minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primary consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien<br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 1*<br>*Ford Motor Credit*<br>*Dept 67-434*<br>*P.O. Box 6700*<br>*Detroit MI 48267-0434* | | *Purchase agreement*<br>*2006 Ford Crown Victoria*<br><br>Value: *$ 39,700.00* | | | | $ 47,604.00 | $ 7,904.00 |
| Account No: *6001*<br>*Creditor # : 2*<br>*National Bank of Sallisaw*<br>*P.O. Box 549*<br>*Sallisaw OK 74955* | | *Tractor*<br>*Tractor*<br><br>Value: *$ 3,333.00* | | | | $ 3,333.00 | $ 0.00 |
| Account No:<br>*Creditor # : 3*<br>*Texhoma Ford*<br>*P.O. Box 693*<br>*Denison TX 75020* | | *Purchase agreement*<br>*2006 Ford Crown Victoria*<br><br>Value: *$ 39,700.00* | | | | $ 47,604.00 | $ 47,604.00 |
| No continuation sheets attached | | | | | Subtotal $<br>(Total of this page) | $ 98,541.00 | $ 55,508.00 |
| | | | | | Total $<br>(Use only on last page) | $ 98,541.00 | $ 55,508.00 |
| | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

Action Radio & Cell  
7611 Sourth Orange Blossom  
Trial # 220  
Orlando, FL  32809  

American Aluminum Accessories  
3291 US 19 South  
Perry, FL  32347  

AWA Collections  
P.O. Box 6605  
Orange, CA  92863-3690  

Caine & Weiner Global Finance  
1941 Bishop Lane # 662  
Louisville, KY  40218  

CompSource Oklahoma  
P.O. Box 53505  
Oklahoma City, OK  73152  

CST Co./CMI  
P.O. Box 224768  
Dallas , TX  75247  

DCS Communications  
6637 Old Harrison Lane  
Ft. Smith, AR  72916  

Dell Computers  
P.O. Box 676021  
Dallas, TX  75267-6021  

Edwards Auto Parts  
P.O. Box 884  
Roland, OK  74954  

First Government Leasing Co.  
P.O. Box 59339  
Chicago, IL  60659  

Ford Motor Credit  
Dept 67-434  
P.O. Box 6700  
Detroit, MI  48267-0434  

Imprimatur press  
1349 Empire Central Dr. Suite  
LB 37  
Dallas, TX  75247

```
Keys Wrecker
RT 1 Box 698
Roland, OK  74954

Love, Beal & Nixon, PC
P.O. Box 32738
Oklahoma City, OK  73123

Lowe's Commercial Services
P.O. Box 530970
Atlanta, GA  30353-0970

National Bank of Sallisaw
P.O. Box 549
Sallisaw, OK  74955

NCO
23221 East La Pama Ave
Yorba Linda, CA  72887

Oklahoma Criminal Justice
3812 North Santa Fe, Suite 290
Oklahoma City, OK  73118

Oklahoma Employment Security C
P.O. Box 52003
Oklahoma City, OK  73152-2003

OMAG
4130 N. Lincoln Blvd
Oklahoma City, OK  73105-5209

Padco, Lease Corp.
100 W Monroe, Suite 706
Chicago, IL  60603

PEI Communications
6007 South 31st ST.
Ft.Smith, AR  72908

Premier Magnetics
P.O. Box 876913
Kansas City, KS  64187-6913

Pro Consulting Services, Inc
P.O. Box 66768
Houston, TX  77266-6768

PRXYBYSZ & ASSOCIATES, CPA'S
3808 JENNY LINE ROAD
Ft. Smith, AR  72901
```

Roll Off Service
P.O. Box 1700
Lowell, AR  72745

Sprint
POB  219554
Kansas City, TX  64121-9554

Supreme Printing & Stationery
6954 E 13th ST.
Tulsa, OK  74112

Texhoma Ford
P.O. Box 693
Denison, TX  75020

The Transmission Shop
P.O. Box 332
Gans, OK

Time Stripping, Inc
P.O. Box 1236
Van Buren, AR  72957

Titan Industrial
Box 791-CC
Travelers Rest, SC

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF OKLAHOMA

In re *Town of Moffett,*　　　　　　　　　　　　　　　　　　　Case No.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter *9*

_____/ Debtor

Attorney for Debtor: *Chris W. Blankenship*

## **VERIFICATION OF CREDITOR MATRIX**

　　　　The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *12/20/2006*　　　　　　　　　　　　　　　　　*/s/ William Bently*
　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor

Official Form 6F (10/06) West Group, Rochester, NY

In re *Town of Moffett*                                                       , Case No._____
                    **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Cotingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 1*<br>*Action Radio & Cell*<br>*7611 Sourth Orange Blossom*<br>*Trial # 220*<br>*Orlando FL 32809* | | *Credit Purchases* | | | | $ 248.00 |
| Account No:<br>*Creditor # : 2*<br>*American Aluminum Accessories*<br>*3291 US 19 South*<br>*Perry FL 32347* | | *Credit Purchases* | | | | $ 1,437.00 |
| Account No:<br>*Creditor # : 3*<br>*AWA Collections*<br>*P.O. Box 6605*<br>*Orange CA 92863-3690* | | *Credit Purchases* | | | | $ 16,183.18 |
| Account No:<br>*Creditor # : 4*<br>*Caine & Weiner Global Finance*<br>*1941 Bishop Lane # 662*<br>*Louisville KY 40218* | | *Credit Purchases* | | | | $ 4,755.88 |

_5_ continuation sheets attached

Subtotal $ | $ 22,624.06

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

Official Form 6F (10/06) - Cont. West Group, Rochester, NY

In re *Town of Moffett*, Case No._____
**Debtor(s)** **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: *Creditor # : 5* *CST Co./CMI* *P.O. Box 224768* *Dallas TX 75247* | | *Credit Purchases* | | | | $ 700.00 |
| Account No: *Creditor # : 6* *DCS Communications* *6637 Old Harrison Lane* *Ft. Smith AR 72916* | | *Credit Purchases* | | | | Unknown |
| Account No: *Creditor # : 7* *Dell Computers* *P.O. Box 676021* *Dallas TX 75267-6021* | | *Credit Purchases* | | | | $ 3,203.06 |
| Account No: *Creditor # : 8* *Edwards Auto Parts* *P.O. Box 884* *Roland OK 74954* | | *Credit Purchases* | | | | $ 224.36 |
| Account No: *Creditor # : 9* *First Government Leasing Co.* *P.O. Box 59339* *Chicago IL 60659* | | *Credit Purchases* | | | | Unknown |
| Account No: *Creditor # : 10* *Imprimatur press* *1349 Empire Central Dr. Suite LB 37* *Dallas TX 75247* | | *Advertising* | | | | $ 85.00 |

Sheet No. 1 of 5 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 4,212.42

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

Official Form 6F (10/06) - Cont. West Group, Rochester, NY

In re _Town of Moffett_____, Case No._____
                **Debtor(s)**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 11*<br>*Keys Wrecker*<br>*RT 1 Box 698*<br>*Roland OK 74954* | | | *Credit Purchases* | | | | $ 95.00 |
| Account No:<br>*Creditor # : 12*<br>*Love, Beal & Nixon, PC*<br>*P.O. Box 32738*<br>*Oklahoma City OK 73123* | | | *Credit Purchases* | | | | $ 3,634.50 |
| Account No:<br>*Creditor # : 13*<br>*Lowe's Commercial Services*<br>*P.O. Box 530970*<br>*Atlanta GA 30353-0970* | | | *Credit Purchases* | | | | $ 4,903.23 |
| Account No:<br>*Creditor # : 14*<br>*NCO*<br>*23221 East La Pama Ave*<br>*Yorba Linda CA 72887* | | | *Credit Purchases* | | | | $ 4,560.00 |
| Account No:<br>*Creditor # : 15*<br>*Oklahoma Criminal Justice*<br>*3812 North Santa Fe, Suite 290*<br>*Oklahoma City OK 73118* | | | *Credit Purchases* | | | | $ 84.00 |
| Account No:<br>*Creditor # : 16*<br>*Oklahoma Employment Security C*<br>*P.O. Box 52003*<br>*Oklahoma City OK 73152-2003* | | | *Credit Purchases* | | | | $ 1,760.96 |

Sheet No. _2_ of _5_ continuation sheets attached to Schedule of       **Subtotal $**    $ 15,037.69
Creditors Holding Unsecured Nonpriority Claims                                                   **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

Official Form 6F (10/06) - Cont. West Group, Rochester, NY

In re **Town of Moffett**, Case No. _____
              Debtor(s)                                                 (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> *Creditor # : 17* <br> *OMAG* <br> *4130 N. Lincoln Blvd* <br> *Oklahoma City OK 73105-5209* | | *Credit Purchases* | | | | $ 393.10 |
| Account No: <br> *Creditor # : 18* <br> *Padco, Lease Corp.* <br> *100 W Monroe, Suite 706* <br> *Chicago IL 60603* | | *Credit Purchases* | | | | Unknown |
| Account No: <br> *Creditor # : 19* <br> *PEI Communications* <br> *6007 South 31st ST.* <br> *Ft.Smith AR 72908* | | *Credit Purchases* | | | | $ 92.86 |
| Account No: <br> *Creditor # : 20* <br> *Premier Magnetics* <br> *P.O. Box 876913* <br> *Kansas City KS 64187-6913* | | *Credit Purchases* | | | | $ 227.94 |
| Account No: *6035322005660240* <br> *Creditor # : 21* <br> *Pro Consulting Services, Inc* <br> *P.O. Box 66768* <br> *Houston TX 77266-6768* | | *Credit Purchases* | | | | $ 14,886.52 |
| Account No: *6035322005660240* <br> *Representing:* <br> *Pro Consulting Services, Inc* | | *CompSource Oklahoma* <br> *P.O. Box 53505* <br> *Oklahoma City OK 73152* | | | | |

Sheet No. __3__ of __5__ continuation sheets attached to Schedule of         Subtotal $    $ 15,600.42
Creditors Holding Unsecured Nonpriority Claims                                                 Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

Official Form 6F (10/06) - Cont. West Group, Rochester, NY

In re **Town of Moffett**, Case No._____
**Debtor(s)** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: | | | | | | $ 1,322.50 |
| Creditor # : 22 PRXYBYSZ & ASSOCIATES, CPA'S 3808 JENNY LINE ROAD Ft. Smith AR 72901 | | Credit Purchases | | | | |
| Account No: | | | | | | $ 1,086.00 |
| Creditor # : 23 Roll Off Service P.O. Box 1700 Lowell AR 72745 | | Credit Purchases | | | | |
| Account No: | | | | | | Unknown |
| Creditor # : 24 Sprint POB 219554 Kansas City TX 64121-9554 | | Credit Purchases | | | | |
| Account No: | | | | | | $ 335.20 |
| Creditor # : 25 Supreme Printing & Stationery 6954 E 13th ST. Tulsa OK 74112 | | Credit Purchases | | | | |
| Account No: | | | | | | $ 1,133.10 |
| Creditor # : 26 The Transmission Shop P.O. Box 332 Gans OK | | Credit Purchases | | | | |
| Account No: | | | | | | $ 102.56 |
| Creditor # : 27 Time Stripping, Inc P.O. Box 1236 Van Buren AR 72957 | | Credit Purchases | | | | |

Sheet No. **4** of **5** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ **$ 3,979.36**

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

Official Form 6F (10/06) - Cont. West Group, Rochester, NY

In re **Town of Moffett**, Case No. _____
**Debtor(s)** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *Creditor # : 28* *Titan Industrial* *Box 791-CC* *Travelers Rest SC* | | | *Credit Purchases* | | | | $ 4,850.00 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _5_ of _5_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**   $ 4,850.00

**Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)   $ 66,303.95

Case 06-81060    Doc 1    Filed 12/20/06    Entered 12/20/06 15:52:26    Desc Main
Document      Page 19 of 19