IN THE UNITED STATES BANKRUPTCIES COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

In re Town of Moffett, Oklahoma )
) Case No.: 06-81060
Debtor ) Chapter : 9
)
)

SECOND AMENDED PLAN FOR ADJUSTMENT OF THE MUNICIPALITY'S DEBTS

The debtor, Town of Moffett, Oklahoma proposes the following plan pursuant to Chapter 9 of the Bankruptcy Code.

ARTICLE 1

1:01   Class 1.   Class 1 shall include the allowed secured claim First National Bank of Sallisaw, Oklahoma and Roberts Salvage, Inc..

1:02   Class 2    Class 2 shall include the allowed claim, executory contract, regarding Compsource of Oklahoma.

1:03   Class 3    Class 3 shall include the claims regarding the United States Internal Revenue Service, Oklahoma Employment Security Commission and Oklahoma Tax Commission.

1:04   Class 4    Class 4 shall include the claims of Dell, Inc. And Marty Michonski Assignee of First Government Lease Co. And Ford Motor Credit Co.

1:05   Class 5    Class 5 shall include all other claims not specifically mentioned or listed in the previous classes.

ARTICLE 1.1

TREATMENT OF CLAIMS AND INTEREST

2:01   Class 1.   Class 1 claims shall be paid according to the current fair market value of the corresponding collateral in the deferred cash payments as follows:

Claimant                        Value of Collateral           Payment Terms

Page 1 of 3

| | | |
|---|---|---|
| First National Bank of Sallisaw | $7,340.17 | 29.3 consecutive monthly Installments of principal and interest at 8.5 percent, commencing on March 27, 2008. |
| Roberts Salvage, Inc. | $4,500.00 | The Subject Real Property Lots 7,8 and 9 Block 3 in The Town of Moffett, Oklahoma to be conveyed by The Warranty Deed to the Town of Moffett, debtor, From the creditor, Roberts Salvage, Inc., by Warranty Deed. |

2:02  Class 2.  Class 2 claim shall be fully satisfied due to the executory contract nature requirement of Oklahoma Law regarding Workers' Compensation insurance coverage.

2:03  Class 3  Class 3 claims shall be partially satisfied due to hardship Placed on municipality. Class 3 claims shall be partially Satisfied by the municipality paying 15 % of the total Principle debt. All penalties and interest shall be Disallowed. Said 15 % amount of the principal debt shall Be paid in 60 consecutive monthly installments Commencing on the first day of the calender month Following 30 days from the confirmation date.

| | | |
|---|---|---|
| Internal Revenue Services | $11,610.01 | 60 consecutive monthly Installments of principal and Interest 6.0 percent, commencing on the 15th day of the calender month. Following 30 days from the Confirmation date. |

2:04  Class 4.  All Class 4 claims shall be disallowed

2:05  Class 5  All Class 5 claims shall be disallowed

Dated this 30th day of September, 2008.

Chris W. Blankenship, OBA # 13572
Blankenship Law Offices, P.C.
P.O. Box 69 Stigler, Oklahoma 74462
(918) 967-8542
ATTORNEY FOR THE DEBTOR

By signing below your affirm that you have read the Chapter 9 Plan and have been provided with a copy of the Plan.

/s/ Kathy Luper
Debtor, Town of Moffett
By Kathy Luper, Chairman for the Town Board of Trustees

September 30, 2008
Dated:

Approved By:

/s/ Chris W. Blankenship
Chris W. Blankenship

Page 3 of 3

Case 06-81060    Doc 187    Filed 09/30/08    Entered 09/30/08 18:27:25    Desc Main
Document    Page 3 of 7

**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF OKLAHOMA
OKMULGEE DIVISION**

**IN RE:**                )
                          )
Town Of Moffett           )
                          ) Case No. 06-81060
                          ) Chapter 9
                          )
**DEBTOR(S)**             )

### Certificate of Mailing

    I, Chris W. Blankenship, hereby certify that on the 30th day of September, 2008, I mailed or electronically transmitted, a true and correct copy of the Amended Chapter 9 Plan to the parties on the attached Matrix:

                                        Respectfully submitted,

                                        /s/Chris W. Blankenship
                                        Chris W. Blankenship, OBA# 13572
                                        Blankenship Law Offices
                                        Attorney for Debtors
                                        P.O. Box 69
                                        Stigler, OK 74462
                                        (918) 967-8542

| | | |
|---|---|---|
| Action Radio & Cell<br>7611 Sourth Orange Blossom<br>Trial # 220<br>Orlando, FL  32809 | Caine & Weiner Global Finance<br>1941 Bishop Lane # 662<br>Louisville, KY  40218 | Donnie & Sherry Yandell<br>P.O. Box 147<br>Moffet, OK  74946 |
| Afni, Inc-Altell<br>P.O. Box 3427<br>Bloomington, IL  61708-3427 | Carl Piersant<br>20603 State Highway #83<br>Howe , OK  74940 | Edwards Auto Parts<br>P.O. Box 884<br>Roland, OK  74954 |
| Afni, Inx./ Alltel<br>P.O. Box 3427<br>Bloomington, IL  61702 | Carl Piersant Sr<br>Estate of Ruby Piersant<br>Homer Arry Road<br>Howe , OK  74940 | Elena Valderas/Hugo<br>3908 Bradley<br>Ft. Smith, AR  72904 |
| American Aluminum Accessories<br>3291 US 19 South<br>Perry, FL  32347 | Christopher Ledesma<br>1001 South O Street<br>Ft. Smith, AR  72901 | Enterprise Renta-a-Car Leasing<br>5604 South 14th<br>Ft. Smith, AR  72901 |
| Angela Hill Attn: Frank<br>4051 Hwy 375 West<br>Mena, AR  71953 | CompSource Oklahoma<br>P.O. Box 53505<br>Oklahoma City, OK  73152 | Estate of Billy D. Yandell<br>P.O. Box 191<br>Moffett, OK  74946 |
| Attorney Dan George<br>P.O. Box 748<br>1015 E. Redwood<br>Sallisaw, OK  74955 | CST Co./CMI<br>P.O. Box 224768<br>Dallas , TX  75247 | Fabian & Associates, Inc. PC<br>Court Plaza Building Suite 700<br>228 Roberts Kerr<br>Oklahoma City, OK  73102 |
| AWA Collections<br>P.O. Box 6605<br>Orange, CA  92863-3690 | Dan George<br>P.O. Box 740<br>1015 E. Redwood<br>Sallisaw, OK  74955 | First Government Leasing Co.<br>P.O. Box 59339<br>Chicago, IL  60659 |
| Barry Saltus<br>500 Sequoyah Trail<br>Norman, OK  73071 | DCS Communications<br>6637 Old Harrison Lane<br>Ft. Smith, AR  72916 | First National Bank of Sallisa<br>100 East Ray Fine Blvd.<br>Roland, OK  74954 |
| Bill Ed Rogers<br>129 E. Choctaw<br>Sallisaw, OK  74955 | Dell Computers<br>P.O. Box 676021<br>Dallas, TX  75267-6021 | Focus Receivable Management<br>1130 Northchase Parkway, Suite<br>Marietta, GA  30067 |
| Bryan Yandell<br>P.O. Box 191<br>Moffett, OK  74946 | Derek Tinson<br>1417 North 19th Street<br>Ft. Smith, AR  72904 | Ford Motor Credit<br>Dept 67-434<br>P.O. Box 6700<br>Detroit, MI  48267-0434 |

| | | |
|---|---|---|
| Frank Sullican<br>P.O. Box, 105 N Oak<br>Sallisaw, OK  74955 | IRS<br>P.O. Box 2365<br>Muskogee, OK  74402 | Lorenzo Shade<br>707 South Chestnut<br>Sallisaw, OK  74955 |
| Frank Sullivan, III<br>P.O. Box 768<br>Sallisaw, OK  74955 | James J Wadkins<br>Attn: Frank Sullivan III<br>3015 Danask LN<br>Alma , AR  72921 | Love, Beal & Nixon, PC<br>P.O. Box 32738<br>Oklahoma City, OK  73123 |
| Frank Sullivan, Jr.<br>P.O. Box 768<br>Sallisaw , OK  74955-0768 | Jason Gilkey<br>Attn: Frank Sullivan III<br>615 NO 30th St.<br>Ft. Smith, AR  72901 | Lowe's Commercial Services<br>P.O. Box 530970<br>Atlanta, GA  30353-0970 |
| Full Circle<br>P.O. Box 1308<br>Roland, OK  74954 | Jason Honeycutt DBA-Hatpack Co<br>O. O Box 58<br>Moffett, OK  74946 | Mellisa Rae Davis<br>7237 N State Hwy 23<br>Magazine, AR  72943 |
| GE Money/Lowe's Bus. Revolving<br>P.O. Box 530970<br>Atlanta, GA  30353-0970 | Joel Sedalco<br>84 Crumley St.<br>Guymon, OK  73942 | Michaels Akin<br>Attn: Dan George<br>3310 Plum Brooks Lane<br>Missouri City, TX  77459 |
| Graig Tirey<br>300 Willow Hollow Trail<br>Edmond, OK  73003 | Kendrix D. Cox<br>Attn:  Frank Sullivan III<br>2703 Carr Circle<br>Newport, AR  72112 | Miranda Holderfield<br>15501 Monarch Lane<br>Edmond, OK  73013 |
| Harry Sscoufos the Fourth<br>Creek & Elms Street<br>Sallisaw, OK  74955 | Keys Wrecker<br>RT 1 Box 698<br>Roland, OK  74954 | First National Bank of Sallisa<br>P.O. Box 549<br>Sallisaw, OK  74955 |
| HomeDepot/ Collection Division<br>P.O. Box 66768<br>Houston, Texas  77266-6768 | Kimberly Ann Smith<br>P.o. Box 112<br>Boon, AR  72927 | NCO<br>23221 East La Pama Ave<br>Yorba Linda, CA  72887 |
| Imprimatur press<br>1349 Empire Central Dr. Suite LB 37<br>Dallas, TX  75247 | Lana  Lambrousse<br>Attn: Dan George<br>4901 St. Andrewws Way Apt 19<br>Ft. Smith, AR  72927 | Nikki D. Fuller<br>1400 N. Grand Avenue<br>Tahlequah, OK  74464 |
| Inland Finance Company<br>P.O. Box 1323<br>Des Moines, IA  50305-1323 | Lee Langston<br>540 East 8th St.<br>Waldron, AR  72958 | Nolvin Diaz<br>4616 Jenny Lind # 25<br>Ft. Smith, AR  72901 |

| | | |
|---|---|---|
| Oklahoma Criminal Justice<br>3812 North Santa Fe, Suite 290<br>Oklahoma City, OK  73118 | Rebecca Ann Sykes<br>Route 2 Box 7007<br>Muldrow, OK  74948 | Supreme Printing & Stationery<br>6954 E 13th ST.<br>Tulsa, OK  74112 |
| Oklahoma Employment Security C<br>P.O. Box 52003<br>Oklahoma City, OK  73152-2003 | Robert Yandell<br>P.O. Box 191<br>Moffett, OK  74946 | Tape Resources, Inc<br>1236 # B Baker Road<br>Virginia Beach, VA  23455-3602 |
| Oklahoma Tax Commission<br>P.O. Box 26860<br>Oklahoma City, OK  73126-0860 | Roberts Salvage<br>P.O. Box 83<br>Moffett, OK  74946 | Texhoma Ford<br>P.O. Box 693<br>Denison, TX  75020 |
| OMAG<br>4130 N. Lincoln Blvd<br>Oklahoma City, OK  73105-5209 | Roberts Salvage<br>P.O. Box 83<br>Moffet, OK  74946 | The Transmission Shop<br>P.O. Box 332<br>Gans, OK |
| Padco, Lease Corp.<br>100 W Monroe, Suite 706<br>Chicago, IL  60603 | Roll Off Service<br>P.O. Box 1700<br>Lowell, AR  72745 | Time Stripping, Inc<br>P.O. Box 1236<br>Van Buren, AR  72957 |
| Patrick Drake<br>809 N. After Ave<br>Broken Arrow, OK  74012 | Samuel Houston<br>5223 East Highway 45<br>Ft. Smith, AR  72901 | Timmy Nibleit<br>215 North 15th Street<br>Van Buren, AR  72956 |
| PEI Communications<br>6007 South 31st ST.<br>Ft.Smith, AR  72908 | Sandi Piersant<br>20603 State Highway #83<br>Howe , OK  74940 | Titan Industrial<br>Box 791-CC<br>Travelers Rest, SC |
| Premier Magnetics<br>P.O. Box 876913<br>Kansas City, KS  64187-6913 | Shawn Billy Joe Rogers<br>1711 South Jackson<br>Ft. Smith, AR  72901 | Todd R Blanton<br>Attn: Frank Sullivan III<br>Rt. 1 Box 1168<br>Roland, OK  74954 |
| Pro Consulting Services, Inc<br>P.O. Box 66768<br>Houston, TX  77266-6768 | Siharath Khamsonl<br>3801 Wirsing Ave.<br>Ft.Smith, AR  72904 | Vance Hickelhelm<br>P.O. Box 234<br>Vian , OK  74960 |
| PRXYBYSZ & ASSOCIATES, CPA'S<br>3808 JENNY LINE ROAD<br>Ft. Smith, AR  72901 | Sprint<br>POB  219554<br>Kansas City, TX  64121-9554 | William Orendorff<br>206 North Oak<br>Sallisaw, OK  74955 |