**Dated: November 18, 2008**

**The following is ORDERED:**



_Tom R Cornish_
_____
Tom R. Cornish
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| TOWN OF MOFFETT | ) | Case No. 06-81060 |
| | ) | Chapter 9 |
| | ) | |
| Debtor. | ) | |

### ORDER OF DISMISSAL

On the 18th day of November, 2008, the above-referenced case came before this Court for consideration.

After review, this Court finds that the Debtor's attorney failed to comply with this Court's Order dated November 6, 2008, directing the filing of a Certificate of Mailing of the approved Disclosure Statement, the Second Amended Plan for the Adjustment of the Municipality's Debts, a Ballot conforming to Official Form 14, and the Order and Notice of Confirmation Hearing. As a result, this Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the above-referenced case is hereby **dismissed.**

IT IS FURTHER ORDERED that the Debtor file a Final Report no later than **December 1, 2008.**

EOD 11/18/08 by tc

### ###