IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RE: | ) | |
| | ) | Case No. 06-81060 |
| TOWN OF MOFFETT, Oklahoma | ) | Chapter 9 |
| | ) | |
| Debtor. | ) | |

CHAPTER 9 FINAL REPORT

Town of Moffett, Oklahoma, Debtor, by and through its attorney of record, Chris W. Blankenship, and pursuant to the provisions of 11 U.S.C. '1106(a)(7) and as ordered by this Court, submits that this case was dismissed pursuant to the Court order:
The fees and expenses approved and paid are as follows:

    a.    Trustee fee    $ 0.00
    b.    Attorney for Trustee fee    $ 0.00
    c.    Attorney for Debtor fee    $ 0.00
    d.    Other professionals fee    $ 0.00
    e.    All expenses, including Trustee=s    $ 0.00

WHEREFORE, the Debtor submits this Final Report in complaints with the Court's Order.

Respectfully Submitted,

/s/Chris W. Blankenship
Chris W. Blankenship, OBA #13572
PO Box 69
Stigler, Oklahoma 74462
Ph: 918-967-8542
Fx: 918-967-5018
Chrisblankenship1@sbcglobal.net